# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132816

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 132816
                                       COA: 273381
                                       Jackson CC: 05-001316-FH

BRYAN ALLEN CARY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal to explore the issues presented by the Department of Corrections' handling of sentencing credit for the reasons set forth in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).

MARKMAN, J., would grant leave to appeal for the reasons set forth in his dissenting statement in *People v Wright*, 474 Mich 1138 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

d0416

                                           Clerk